IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JEFFERSON,

    Plaintiff,                      No. CIV S-04-1635 MCE KJM PS

    vs.

SACRAMENTO COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

        By order filed January 13, 2005, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On March 2, 2005, plaintiff was granted a sixty day extension of time in which to amend his complaint. The sixty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

1 and Recommendations." Plaintiff is advised that failure to file objections within the specified
2 time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3 (9th Cir. 1991).
4 DATED: May 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10 jeff1625.fta