IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JEFFERSON, | No. CIV-S-04-1635 MCE/KJM PS |
|     Plaintiff, | |
|   v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S OFFICE, ET AL., | |
|     Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On May 25, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

///

///

1

1     The court has reviewed the file and finds the findings and
2 recommendations to be supported by the record and by the
3 magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED
4 that:
5     1.  The findings and recommendations filed May 25, 2005, are
6 adopted in full; and
7     2.  This action is dismissed without prejudice. <u>See</u> Local
8 Rule 11-110; Fed. R. Civ. P. 41(b).
9 DATED: June 23, 2005

                                       _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE